```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------x

In re:                               Chapter 11

Lundy's Management Corp.,            Case No: _____

                  Debtor.

----------------------------------x
```

**VERIFICATION OF CREDITOR MATRIX**

    I, Steve Pappas, the President of Lundy's Management Corp., debtor and debtor in possession, hereby verify that the attached matrix (list of creditors) is true and correct to the best of my knowledge.

```
Dated:    New York, New York
          May 8, 2014

                                      s/ Steve Pappas
                                     Steve Pappas, President
                                     Lundy's Management Corp.
```

.

Daily Mirror Associates
540 Atlantic Avenue
Brooklyn, NY 11217


Estate of J.Papadimitriou
351 77th Street
Brooklyn, NY 11209


Georgiou, Mario
5705 5th Avenue
Brooklyn, NY 11220


GMP Associates
540 Atlantic Avenue
Brooklyn, NY 11217


Gutierrez, Yesenia
8500 4th Avenue
Brooklyn, NY 11209


Hagan, Coury & Associates
Attorneys for Sheepshead
Restaurant Associates Inc
908 Fourth Avenue
Brooklyn, NY 11232


Pappas Group, LLC
540 Atlantic Avenue
Brooklyn, NY 11217


Pappas, Helen
300 East 62nd Street
New York, NY 10065-8253


Pappas, James
113 Grosvenor Street
Douglaston, NY 11362


Pappas, Steve
300 East 62nd Street
New York, NY 10065-8253


PT Trust
360 Broadway
New York, NY 10013-3912

Sabatelli, Steve
9201 Fourth Avenue
Brooklyn, NY 11209

SDP Associates
540 Atlantic Avenue
Brooklyn, NY 11217

Sheepshead Restaurant
Associates, Inc.
8806 Fourth Avenue
Brooklyn, NY 11209

Sheepshead Restaurant
Associated Inc.
c/o Pan Brothers Assoc.
14 West 23red Street
New York, NY 10010

Spiropolous, Frida
27 Terra Mar Drive
Huntington, NY 11743-1449

SPL Associates
540 Atlantic Avenue
Brooklyn, NY 11217

Xemex, LLC
540 Atlantic Avenue
Brooklyn, NY 11217